IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JERMARAE HERBERT,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-270 (MTT) |
| **Commissioner HOMER BRYSON,** *et al.*, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Stephen Hyles. (Doc. 12). After reviewing the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, the Magistrate Judge recommends allowing the excessive force claim against Defendant Register and the medical indifference claims against Defendants Caldwell and Eddy to proceed. He further recommends dismissing the claims against Defendant Bryson and the failure-to-protect and transfer claims against Defendant Caldwell. He also permits the Plaintiff to proceed *in forma pauperis*. No objections have been filed.

The Court has reviewed the Recommendation, and the Recommendation is **ADOPTED** and made the order of this Court. The claims against Defendant Bryson and the failure-to-protect and transfer claims against Defendant Caldwell are **DISMISSED**. The remaining claims shall proceed.

**SO ORDERED,** this 20th day of January, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT