IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JERMARAE HERBERT, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-270 (MTT) |
| Commissioner HOMER BRYSON, *et al.*, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Stephen Hyles recommends granting Defendants Caldwell and Eddy's motion to dismiss and denying the Plaintiff's motion for summary judgment with leave to refile. (Docs. 19, 25, 44). The Plaintiff has objected. (Doc. 45). Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objection and made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. The Recommendation is **ADOPTED** and made the order of this Court. The Defendants' motion is **GRANTED** (Doc. 25), and the Plaintiff's motion is **DENIED** with leave to refile (Doc. 19).

**SO ORDERED,** this 1st day of June, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT